1042

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE K. GOINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10224-3, Brian D. Gain, J., entered December 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 54015-7-I. Division One. December 20, 2004.]

WESTLAKE PARK ASSOCIATES, ET AL., *Appellants*, v. TEMPLE DE HIRSCH SINAI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12861-9, Paris K. Kallas, J., entered March 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54114-5-I. Division One. December 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07256-3, Steven C. Gonzalez and Carol A. Schapira, J., entered April 5, 2004. *Reversed* by unpublished per curiam opinion.

[No. 30393-1-II. Division Two. December 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN ALAN JACKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-01275-1, Russell W. Hartman, J., entered May 16, 2003. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Van Deren, JJ. Now published at 125 Wn. App. 552.